**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CARLEST MATTHEWS JOHNSON                                                                PLAINTIFF
ADC #142752

V.                                          NO: 5:12CV00042 BSM/HDY

JOE E. HUGHES *et al.*                                                                          DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Corizon, Inc., as set forth in its motion to dismiss (docket entry #7).

IT IS SO ORDERED this  17   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE