**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CARLEST MATTHEWS JOHNSON                                                                  PLAINTIFF
ADC #142752

V.                                        NO: 5:12CV00042 BSM/HDY

JOSEPH HUGHES *et al.*                                                                  DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of Defendant Joseph Hughes, as set forth in his answer (docket entry #6).

IT IS SO ORDERED this __21__ day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE