**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CARLEST MATTHEWS JOHNSON                                                                PLAINTIFF
ADC #142752

V.                                          NO: 5:12CV00042 BSM/HDY

JOE E. HUGHES *et al.*                                                                          DEFENDANTS

## ORDER

      Plaintiff filed this complaint on January 30, 2012, and service was ordered. On February 23, 2012, the summons was returned unexecuted as to Defendant Juanita Horn (docket entry #17). Service had been attempted in the care of counsel for the prison's medical contractor, but was returned because Horn is not a current employee of the contractor. So that the Court may again attempt service, Defendants are directed to provide, no later than 20 days after the entry of this order, Horn's last known address, to be filed under seal.

      IT IS SO ORDERED this   28   day of February, 2012.

                                                        UNITED STATES MAGISTRATE JUDGE