**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CARLEST MATTHEWS JOHNSON                                                                                PLAINTIFF
ADC #142752

V.                                        NO: 5:12CV00042 BSM/HDY

JOSEPH HUGHES *et al.*                                                                                  DEFENDANTS

### **ORDER**

Plaintiff filed this complaint on January 30, 2012, and service was ordered. On February 23, 2012, the summons was returned unexecuted as to Defendant Junita Horn (docket entry #17). Service had been attempted in the care of counsel for the prison's medical contractor, but was returned because Horn is not a current employee of the contractor.

On February 28, 2012, the Court entered an order directing Defendants to provide Horn's last known address (docket entry #18). Counsel for the prison's contractor has advised the Court that no one named Junita Horn has been employed by the contractor, and an address therefore cannot be provided. Accordingly, Plaintiff is directed to provide, no later than 30 days after the entry of this order, the correct name of the individual he has identified as Junita Horn. Plaintiff's failure to do so will result in the recommended dismissal of his claims against Junita Horn.

IT IS SO ORDERED this   29   day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE