**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CARLEST MATTHEWS JOHNSON, ADC #142752**                                   **PLAINTIFF**

**v.**                          **CASE NO. 5:12CV00042 BSM/HDY**

**JOSEPH HUGHES et al.**                                                             **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 61] submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, plaintiff's motion for injunctive relief [Doc. No. 46] is denied.

Dated this 4th day of June 2012.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE