**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CARLEST MATTHEWS JOHNSON**
                                            **PLAINTIFF**
**ADC #142752**

**V.**                **CASE NO. 5:12CV00042 BSM**

**JOSEPH HUGHES et al**
                                            **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. After carefully considering the objections filed by Plaintiff Carlest Matthews Johnson and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects. Additionally, Johnson's motion for subpoena [Doc. No.90] is denied as moot.

IT IS THEREFORE ORDERED THAT:

1.    Defendants' motion for summary judgment [Doc. No. 84] is GRANTED.

2.    Mr. Johnson's complaint is DISMISSED WITHOUT PREJUDICE with respect to his claims against defendants Joseph Hughes, Corizon Inc., and Crystal Sims.

3.    Mr. Johnson's complaint is DISMISSED WITH PREJUDICE with respect to his claims against defendants Marybeth Floyd and Jennifer Horn.

4.    The court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE