**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CARLEST MATTHEWS JOHNSON**
**ADC #142752**
                                                                    **PLAINTIFF**

V.                    CASE NO. 5:12CV00042 BSM

**JOSEPH HUGHES et al**
                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, Johnson's claims against defendants Marybeth Floyd and Jennifer Horn are dismissed with prejudice. Johnson's claims against defendants Joseph Hughes, Corizon Inc., and Crystal Sims are dismissed without prejudice. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 5th day of October 2012.

_____
UNITED STATES DISTRICT JUDGE